# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**CHONGNENGWT VANG**
    **Plaintiff,**

  v.                                                                 **Case No. 18-C-277**

**NANCY A. BERRYHILL,**
**Acting Commissioner of the Social Security Administration**
    **Defendant.**

## ORDER

    Plaintiff requests leave to proceed in forma pauperis in this action for judicial review of an unfavorable decision by the Acting Commissioner of the Social Security Administration. See 28 U.S.C. § 1915(a)(1). On review of his petition, I am satisfied that plaintiff is unable to pay the filing fee. Plaintiff further avers that he is entitled to the relief sought in the complaint, and on review of the complaint I am unable to determine that the action is frivolous or that the complaint fails to state a claim.

    **THEREFORE, IT IS ORDERED** that plaintiff's motion for leave to proceed without prepayment of the filling fee (R. 2) is **GRANTED**. The file will be returned to the Clerk of Courts for service on defendant. Plaintiff is advised to provide defendant or her counsel with copies of all future motions or papers filed by plaintiff in this action.

    Dated at Milwaukee, Wisconsin this 19th day of March, 2018.

                                                    /s Lynn Adelman
                                                    LYNN ADELMAN
                                                    District Judge